JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| D.A.C., | Case No. 5:24-cv-00983-SHK |
| Plaintiff, | |
| v. | JUDGMENT |
| LELAND DUDEK,[1] Acting Commissioner of Social Security, | |
| Defendant. | |

It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Opinion and Order.

DATED: 4/28/2025

_____
HON. SHASHI H. KEWALRAMANI
United States Magistrate Judge

---

[1] Leland Dudek has been appointed the Acting Commissioner of Social Security. Under Federal Rule of Civil Procedure 25(d), he is automatically substituted as the Defendant in this suit.