# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANN CLARK,[1]<br><br>    Plaintiff,<br><br>    vs.<br><br>LELAND DUDEK,<br>Acting Commissioner of Social Security,<br><br>    Defendant | Case No.: 5:24-cv-00983-SHK<br><br>{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $5,550.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:  5/6/2025

_____
THE HON. SHASHI H. KEWALRAMANI
UNITED STATES MAGISTRATE JUDGE

---

[1] Eugene Clark is the real party of interest.  (Doc. No. 19).

-1-